UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** , | : | |
| | | 07-mj-01984-UA |
| | : | |
| vs. | | Criminal Action |
| | : | |
| **Rana Palmere** | | |
| | : | NOTICE OF APPEARANCE |
| Defendant. | | |
| | : | |

---

TO THE CLERK OF THIS COURT:

Enter my appearance as counsel in this case for defendant **RANA PALMERE.**

I certify that I am admitted to practice in this Court.

*Anthony J. Martone*

_____
Anthony J. Martone
80-02 Kew Gardens Road, Ste 1030
Kew Gardens, New York 11415
(718) 520-7956